IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERMAINE WALKER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D14-4880

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed November 5, 2015.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Jermaine Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, C,J., MARSTILLER and MAKAR, JJ., CONCUR.